# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132488

ABN AMRO MORTGAGE GROUP, INC.,
      Plaintiff-Appellant,

v

HOUSEHOLD BANK, F.S.B., and
COMERICA BANK,
      Defendants-Appellees,

and

VLADIMIR ABRAMOVICH and
GALINA ABRAMOVICH,
      Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132488
COA: 265518
Macomb CC: 2004-002450-CH

On order of the Court, the application for leave to appeal the August 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

s0220